Form 2 - AFFIDAVIT OF SERVICE


P1109842

**DEREK T. SMITH LAW GROUP, PLLC**     DEREK SMITH LAW GROUP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

AIZA EJAZ

                                                                                                PLAINTIFF

- vs -

SOHO MERCHANDISING GROUP, INC. D/B/A ARISOHO, INC., ETANO
                                                                                                DEFENDANT

index No.
**1:19-cv-00356-ALC**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**RONALD KRAMER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **30TH** day of **JANUARY 2019, 2:08PM** at     **C/O SOHO MERCHANDISING GROUP, INC. D/B/A ARISOHO, INC. 471 WEST BROADWAY NEW YORK NY 10012**
I served the **SUMMONS AND COMPLAINT**
upon **MOSHE BEN ARI**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RON RODRIGUEZ, CO-WORKER**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**   HAIR: **BLACK**
APP.AGE: **32** APP. HT: **5''9** APP. WT: **155**
OTHER IDENTIFYING FEATURES

On **01/31/2019** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
31ST day of JANUARY, 2019

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

RONALD KRAMER DCA LIC#1335711
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-ASLLC-1109842

2a