USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| AIZA EJAZ, |
| --- |
|                                 **Plaintiff,** <br> -against- |
| SOHO MERCHANDISING GROUP, INC. and **MOSHE BEN ARI,** <br><br>                                **Defendants.** |

1:19-cv-00356 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the telephone status conference held on November 14, 2019, the Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **November 27, 2019.**

**SO ORDERED.**

Dated: November 14, 2019
        New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge